United States District court
District of south CARoLina

Jonathan Lee Riches ; Bert w. Blanton, and all others similarly situated,
Plaintiff's
V.
CHRistopher Ruddy a/b/a Newsmax ; Marcus ALvia,
Defendants

Class Action Suit Puisuant to Fed R. Civ P 20 23,
42 usc 1983 / Preliminary In Junction / TRO

Plaintiffs are getting threatened by defendants. Plaintiffs cu.L rights were
violated on 1-25-08. Riches got assaulted on 12-18-07. Blanton's 6th
amendment rights were violated. Plaintiffs seek a Restraining order

Jonathan Lee Riches / Bert w. Blanton
P.0. Box 340
Sauter, s.c. 29590                    Respectfully
     843-387-9400